1106

No. 03–577. FRANK ET AL. v. FOREST COUNTY, WISCONSIN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–587. BRYANT v. AIKEN REGIONAL MEDICAL CENTERS, INC. C. A. 4th Cir. Certiorari denied.

No. 03–589. YARACS v. SUMMIT ACADEMY ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–592. SCHULTZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–601. VAN SUSTEREN v. SHELLEY, CALIFORNIA SECRETARY OF STATE. C. A. 9th Cir. Certiorari denied.

No. 03–607. SIPPLE v. OFFICE OF THE CHIEF DISCIPLINARY COUNSEL, SUPREME COURT OF MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 03–609. MEMS ET AL. v. CITY OF ST. PAUL-DEPARTMENT OF FIRE AND SAFETY SERVICES. C. A. 8th Cir. Certiorari denied.

No. 03–611. GOLDMEIER ET UX. v. ALLSTATE INSURANCE CO. C. A. 6th Cir. Certiorari denied.

No. 03–612. INTERNATIONAL BANCORP, LLC, ET AL. v. SOCIETE DES BAINS DE MER ET DU CERCLE DES ETRANGERS A MONACO. C. A. 4th Cir. Certiorari denied.

No. 03–615. MCFARLANE ET AL. v. TWIST. Sup. Ct. Mo. Certiorari denied.

No. 03–616. MIX v. ROBINSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–618. WEST v. EVERGREEN HIGHLANDS ASSN. Sup. Ct. Colo. Certiorari denied.

No. 03–619. WRIGHT v. GEORGIA. Sup. Ct. Ga. Certiorari denied.